# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Daniel James Silva

                Plaintiff,

v.                               Case No.: 3:21−cv−00505

Andrea Finlay Swift, et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/26/2021 re [16].

                                                          Lynda M. Hill
                                            s/ Vanessa Haines, Deputy Clerk